UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOYLE, ROBERT J § Case No. 12-05302
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/14/2014 in Courtroom ,
        Joliet City Hall
        150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/11/2014          By: /s/ Michael G. Berland
                                                                                 Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOYLE, ROBERT J § Case No. 12-05302
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,000.00 |
| and approved disbursements of | $ | 8,642.71 |
| leaving a balance on hand of[1] | $ | 12,357.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,850.00 | $ 0.00 | $ 2,850.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 36.80 | $ 0.00 | $ 36.80 |
| Accountant for Trustee Fees: Gloria Longest | $ 500.00 | $ 500.00 | $ 0.00 |
| Other: Internal Revenue Service | $ 593.00 | $ 593.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,886.80 |
| Remaining Balance | | $ | 9,470.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,039.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,943.00 | $ 0.00 | $ 734.89 |
| 000002 | Joliet Cntr. Clinical Research | $ 1,211.51 | $ 0.00 | $ 458.22 |
| 000003 | Provena St Joseph Medical Center | $ 14,177.55 | $ 0.00 | $ 5,362.26 |
| 000004 | Nicor Gss | $ 205.84 | $ 0.00 | $ 77.85 |
| 000005 | PYOD, LLC ias assigneeof AT&T Mobility | $ 427.25 | $ 0.00 | $ 161.60 |
| 000006 | City of Joliet | $ 519.26 | $ 0.00 | $ 196.40 |
| 000007 | Portfolio Recovery Associates, LLC | $ 6,555.09 | $ 0.00 | $ 2,479.27 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,470.49 |
| | Remaining Balance | | | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/ Michael G. Berland
                     Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-05302-BWB
Robert J Boyle                                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mflowers              Page 1 of 2              Date Rcvd: Feb 12, 2014
                             Form ID: pdf006             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2014.
```
db          #+Robert J Boyle,    15737 Cove Circle,    Plainfield, IL 60544-7853
18482943     +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-8542
18482939      American Coradius International,    2420 Sweet Home Road ste 150,    Buffalo, NY 14228-2244
18482940     +Arnold Scott Harris,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
18482941     +Associate Pathologists of Joliet,    330 Madison St,    Suite 200A,    Joliet, IL 60435-6575
18482947     +CB Accounts, Inc,    124 SW Adams Street,    Peoria, IL 61602-2321
18482949     +CBE Group,    131 Tower Park, Suite 100,    PO Box 2547,    Waterloo, IA 50704-2547
18482944     +Cab Serv,    90 Barney Dr,    Joliet, IL 60435-6402
18482946     +Capital One, N.A.,    Capital One Bank (USA) N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
18482948     +Cb Accts Inc,    124 Sw Adams St,    Peoria, IL 61602-2321
18482950     +Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
18482951     +Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
18482952     +City of Chicago,    Bureau of Parking,    333 S State St, Room 540,    Chicago, IL 60604-3951
18482954     +Codilis & Associates PC,    15W030 N Frontage Rd,    Suite 100,    Willowbrook, IL 60527-6921
18482955     +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
18482957     +Creditors Discount & Audit Co,    415 E Main St,    PO Box 213,    Streator, IL 61364-0213
18482959     +Creekside Crossing HOA,    PO Box 661126,    Chicago, IL 60666-1126
18482960     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
18482961     +Dependon Collection Service, Inc,    PO Box 6074,    River Forest, IL 60305-6074
18482963     +Dish Network,    PO Box 9033,    Littleton, CO 80160-9033
18482965     +ERSolutions,    500 SW 7th Street, #A100,    P.O. Box Box 9004,    Renton, WA 98057-2983
18482964     +Emergency Treatment, S.C.,    900 Jorie Blvd,    Suite 220,    Oak Brook, IL 60523-3846
18482966     +FirstSource Advantage,    205 Bryant Woods South,    Buffalo, NY 14228-3609
18482967     +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
18482968     +Glenside FPD,    PO Box 1368,    Elmhurst, IL 60126-8368
18482971     +HRRG,    PO Box 189053,    Fort Lauderdale, FL 33318-9053
18482970     +Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
               Buffalo Grove, IL 60089-1970
18482972     +ICS Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
18482973     +Joliet Center for Clinical Research,    210 N Hammes Ave,    Suite 205,    Joliet, IL 60435-8139
20246685     +Joliet Cntr. Clinical Research,    c/o Collection Professionals Inc.,    P.O. Box 416,
               Lasalle, IL 61301-0416
18482974     +Joliet Radiological Service Corp,    36910 Treasury Ctr,    Chicago, IL 60694-6900
18482975     +Kurtz Ambulance Service, Inc.,    PO Box 283,    New Lenox, IL 60451-0283
18482976     +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
18482977     +Medical Business Bureau,    1175 Devin Dr. Ste 171,    Muskegon, MI 49441-6079
18482978     +Medical Recovery Specialists, Inc.,    2200 E Devon Ave,    Ste 288,    Des Plaines, IL 60018-4501
18482979     +Midwest Hospitals,    2100 Glenwood Ave,    Joliet, IL 60435-5487
18482982     +Mollen Immunization Clinics,    8328 E Hartford Dr,    Scottsdale, AZ 85255-5466
20489654     +Nicor Gss,    PO Box 549,    Aurora IL 60507-0549
18482986    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
18482985     +Penncro Associates,    PO Box 538,    Oaks, PA 19456-0538
18482987      Prairie Emergency Services,    PO Box 635225,    Cincinnati, OH 45263-0043
18482988     +Provena St Joseph Medcal Center,    333 N Madison St,    Joliet, IL 60435-8233
20432760     +Provena St Joseph Medical Center,    C/O Larry Serene,    One Dearborn Sq. #429,
               Kankakee, IL 60901-3925
18482990     +Rush-Copley Medical Center,    2000 Ogden Ave,    Aurora, IL 60504-7222
18482991     +Silver Cross Hospital,    1200 Maple Road,    Joliet, IL 60432-1497
18482993     +St Marg Mercy Outpt Behav Hlth,    35682 Eagle Way,    Chicago, IL 60678-1356
18482994     +St. Margaret Mercy Healthcare Ctrs,    5454 Hohman Avenue,    Hammond, IN 46320-1999
18482995     +Suburban Lung Associates SC,    PO Box 6971,    Lincoln, NE 68506-0971
18482998     +Verizon,    Verizon Wireless Department/Attn: Bankru,    PO Box 3397,    Bloomington, IL 61702-3397
18482999     +XM Satellite Radio,    PO Box 33174,    Detroit, MI 48232-5174
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18482937     +E-mail/PDF: recoverybankruptcy@afninet.com Feb 12 2014 21:25:27      Afni,   Attention: Bankruptcy,
               Po Box 3247,    Bloomington, IL 61702-3247
18482938     +E-mail/Text: roy.buchholz@allianceoneinc.com Feb 12 2014 21:19:35      Alliance One,
               1160 Centre Pointe Drive,    Suite 1,    Mendota Heights, MN 55120-1377
18482942      E-mail/Text: g20956@att.com Feb 12 2014 21:21:39       At & T Wireless,    P O Box 6451,
               Carol Stream, IL 60197-6451
18482945     +E-mail/Text: cms-bk@cms-collect.com Feb 12 2014 21:20:07      Capital Management Services,
               726 Exchange Street - Suite 700,    Buffalo, NY 14210-1464
18482953     +E-mail/Text: customerservice@jolietcity.org Feb 12 2014 21:20:32      City of Joliet,
               City of Joliet Legal Department,    150 West Jefferson Street,    Joliet, Illinois 60432-4148
18482956     +E-mail/Text: legalcollections@comed.com Feb 12 2014 21:21:40      Com Ed,   Customer Care Center,
               PO Box 805379,    Chicago, IL 60680-4179
18482958     +E-mail/Text: clerical.department@yahoo.com Feb 12 2014 21:19:34      Credtrs Coll,   Po Box 63,
               Kankakee, IL 60901-0063
18482962      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 12 2014 21:43:41      Discover Fin,   Po Box 8003,
               Hilliard, OH 43026
20122042      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 12 2014 21:43:41      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0752-1          User: mflowers             Page 2 of 2                  Date Rcvd: Feb 12, 2014
                              Form ID: pdf006            Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18482969       +E-mail/Text: tkowalczyk@heartcc.com Feb 12 2014 21:21:44      Heart Care Centers of IL,
                 PO box 766,   Bedford Park, IL 60499-0766
18482981       +E-mail/Text: mmrgbk@miramedrg.com Feb 12 2014 21:20:40      Miramedrg,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
18482983       +E-mail/Text: bankrup@aglresources.com Feb 12 2014 21:19:30      Nicor Gas,
                 Attention:   Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
18482984       +E-mail/Text: clientservices@northwestcollectors.com Feb 12 2014 21:20:04      Northwest Collectors,
                 3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3143
20490053       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2014 21:23:59
                 PYOD, LLC its successors and assigns as assignee,    of AT&T Mobility, LLC,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
18482992        E-mail/Text: bankruptcy@sw-credit.com Feb 12 2014 21:20:39      Southwest Credit,
                 4120 International Pkwy, Ste. 1100,    Carrollton, TX 75007-1958
18482997       +E-mail/Text: ebn@vantagesourcing.com Feb 12 2014 21:21:26      Vantage Sourcing,    PO Box 6786,
                 Dothan, AL 36302-6786
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Alexander Hattimer Loftus,    Fichera & Miller P.C.
20506444*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE BANK, N.A.,    PRA Receivables Management LLC,    PO Box 41067,
                 Norfolk, VA 23541)
18482980       ##+Miracle Financial Inc.,    52 Armstron Rd,   Plymouth, MA 02360-4807
18482989       ##+Revenue Cycle Partners,   2870 Stoner Court,    Suite 300,   North Liberty, IA 52317-8525
18482996       ##+Td Bank/Riverside Natl,   2810 S Federal Hwy,   Fort Pierce, FL 34982-6331
                                                                                   TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2014 at the address(es) listed below:
             Cari A Kauffman   on behalf of Creditor   Federal National Mortgage Association
              bankruptcy@mdk-llc.com,  anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
             Jason Blust    on behalf of Debtor Robert J Boyle jason.blust@clientfirstbankruptcy.com,
              shanika.thomas@clientfirstbankruptcy.com
             Michael G Berland   on behalf of Trustee Michael G Berland einstein829@earthlink.net,
              IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
             Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
             Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
             Stefanie A Kempfer   on behalf of Debtor Robert J Boyle jlasaine@oflaherty-law.com,
              skempfer@oflaherty-law.com
                                                                                             TOTAL: 6
```