# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
BOYLE, ROBERT J § Case No. 12-05302
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Td Bank/Riverside Natl 2810 S Federal Hwy Fort Pierce, FL 34982 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| FICHERA & MILLER P.C. | | | | | |
| FICHERA & MILLER | | | | | |
| LONGEST, GLORIA | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATG Credit, LLC P.O. Box 14895 Chicago, IL 60614 | | | | | |
| | Afni Attention: Bankruptcy Po Box 3247 Bloomington, IL 61702 | | | | | |
| | Alliance One 1160 Centre Pointe Drive Suite 1 Mendota Heights, MN 55120 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Coradius International 2420 Sweet Home Road ste 150 Buffalo, NY 14228-2244 | | | | | |
| | Arnold Scott Harris 222 Merchandise Mart Plaza Suite 1932 Chicago, IL 60680 | | | | | |
| | Associate Pathologists of Joliet 330 Madison St Suite 200A Joliet, IL 60435 | | | | | |
| | At & T Wireless P O Box 6451 Carol Stream, IL 60197-6451 | | | | | |
| | CB Accounts, Inc 124 SW Adams Street Peoria, IL 61602 | | | | | |
| | CBE Group 131 Tower Park, Suite 100 PO Box 2547 Waterloo, IA 50704 | | | | | |
| | Capital Management Services 726 Exchange Street - Suite 700 Buffalo, NY 14210 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A. Capital One Bank (USA) N.A. PO Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Cb Accts Inc 124 Sw Adams St Peoria, IL 61602 | | | | | |
| | Cb Accts Inc 124 Sw Adams St Peoria, IL 61602 | | | | | |
| | Cda/pontiac Attn: Bankruptcy Po Box 213 Streator, IL 61364 | | | | | |
| | Citimortgage PO Box 183040 Columbus, OH 43218 | | | | | |
| | City of Chicago Bureau of Parking 333 S State St, Room 540 Chicago, IL 60604 | | | | | |
| | City of Joliet PO Box 457 Wheeling, IL 60090 | | | | | |
| | Codilis & Associates PC 15W030 N Frontage Rd Suite 100 Willowbrook, IL 60527 | | | | | |
| | Com Ed Customer Care Center PO Box 805379 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Discount & Audit Co 415 E Main St PO Box 213 Streator, IL 61364 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Creekside Crossing HOA PO Box 661126 Chicago, IL 60666 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | Dependon Collection Service, Inc PO Box 6074 River Forest, IL 60305 | | | | | |
| | Dish Network PO Box 9033 Littleton, CO 80160 | | | | | |
| | ERSolutions 500 SW 7th Street, #A100 P.O. Box Box 9004 Renton, WA 98057 | | | | | |
| | Emergency Treatment, S.C. 900 Jorie Blvd Suite 220 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FirstSource Advantage 205 Bryant Woods South Buffalo, NY 14228 | | | | | |
| | GC Services 6330 Gulfton Houston, TX 77081 | | | | | |
| | Glenside FPD PO Box 1368 Elmhurst, IL 60126 | | | | | |
| | HRRG PO Box 189053 Fort Lauderdale, FL 33318 | | | | | |
| | Heart Care Centers of IL PO box 766 Bedford Park, IL 60499 | | | | | |
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |
| | ICS Collection Service PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | Joliet Center for Clinical Research 210 N Hammes Ave Suite 205 Joliet, IL 60435 | | | | | |

Case 12-05302 Doc 49 Filed 08/21/14 Entered 08/21/14 14:25:04 Desc Main
Document Page 10 of 17

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joliet Radiological Service Corp 36910 Treasury Ctr Chicago, IL 60694 | | | | | |
| | Kurtz Ambulance Service, Inc. PO Box 283 New Lenox, IL 60451 | | | | | |
| | Mb Financial Bank 6111 N River Rd Rosemont, IL 60018 | | | | | |
| | Medical Business Bureau 1175 Devin Dr. Ste 171 Muskegon, MI 49441 | | | | | |
| | Medical Recovery Specialists, Inc. 2200 E Devon Ave Ste 288 Des Plaines, IL 60018 | | | | | |
| | Midwest Hospitals 2100 Glenwood Ave Joliet, IL 60435 | | | | | |
| | Miracle Financial Inc. 52 Armstron Rd Plymouth, MA 02360 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL 60148 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Miramedrg 991 Oak Creek Dr Lombard, IL 60148 |  |  |  |  |  |
|  | Mollen Immunization Clinics 8328 E Hartford Dr Scottsdale, AZ 85255 |  |  |  |  |  |
|  | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 |  |  |  |  |  |
|  | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 |  |  |  |  |  |
|  | Penncro Associates PO Box 538 Oaks, PA 19456 |  |  |  |  |  |
|  | Prairie Emergency Services PO Box 635225 Cincinnati, OH 45263-0043 |  |  |  |  |  |
|  | Provena St Joseph Medcal Center 333 N Madison St Joliet, IL 60435 |  |  |  |  |  |
|  | Revenue Cycle Partners 2870 Stoner Court Suite 300 North Liberty, IA 52317 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush-Copley Medical Center 2000 Ogden Ave Aurora, IL 60504 | | | | | |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | | | | |
| | Southwest Credit 4120 International Pkwy, Ste. 1100 Carrollton, TX 75007-1958 | | | | | |
| | St Marg Mercy Outpt Behav Hlth 35682 Eagle Way Chicago, IL 60678 | | | | | |
| | St. Margaret Mercy Healthcare Ctrs 5454 Hohman Avenue Hammond, IN 46320 | | | | | |
| | Suburban Lung Associates SC PO Box 6971 Lincoln, NE 68506 | | | | | |
| | Vantage Sourcing PO Box 6786 Dothan, AL 36302 | | | | | |
| | Verizon Verizon Wireless Department/Attn: Bankru PO Box 3397 Bloomington, IL 61702 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | XM Satellite Radio PO Box 33174 Detroit, MI 48232 |  |  |  |  |  |
| 000006 | CITY OF JOLIET |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000002 | JOLIET CNTR. CLINICAL RESEARCH |  |  |  |  |  |
| 000004 | NICOR GSS |  |  |  |  |  |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC |  |  |  |  |  |
| 000003 | PROVENA ST JOSEPH MEDICAL CENTER |  |  |  |  |  |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case No: | 12-05302   BL   Judge: Bruce W. Black | Date Filed (f) or Converted (c): | 02/14/12 (f) |
| Case Name: | BOYLE, ROBERT J | 341(a) Meeting Date: | 03/08/12 |
| For Period Ending: | 07/22/14 | Claims Bar Date: | 05/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Wood Forest Bank | 53.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous used household goods and furnishings | 750.00 | 0.00 | | 0.00 | FA |
| 3. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4. 2006 Toyota Prius with 135,000 miles Value accordi | 5,829.00 | 0.00 | | 0.00 | FA |
| 5. Civil rights litigation Will County Defendants (u) | 0.00 | 0.00 | | 19,500.00 | FA |
| The case was reopened when undisclosed civil rights litgation was discovered. | | | | | |
| 6. Civil rights Litigation Romeoville Defendant (u) | 0.00 | 0.00 | | 1,500.00 | FA |

|  |  |  |  |
|---|---|---|---|
| | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $6,932.00 | $0.00 | $21,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee obtained a settlement of two pending civl rights actions. Tax returns have to be filed

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 18.00a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-05302 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BOYLE, ROBERT J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1104  Checking Account |
| Taxpayer ID No: | *******9720 | | |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/13 | 5 | Will County | Settlement for Will County defendan | 1249-000 | 19,500.00 | | 19,500.00 |
| 07/31/13 | 6 | CCCMSA Southwest Agency for Risk Managem | Settlement Romeovile per court orde | 1249-000 | 1,500.00 | | 21,000.00 |
| 08/01/13 | 001001 | Fichera & Miller P.C. | Payment of special counsel per court order | 3210-000 | | 7,000.00 | 14,000.00 |
| 08/01/13 | 001002 | Fichera & Miller | Payment of expenses of attorney per court order | 3220-000 | | 480.00 | 13,520.00 |
| 08/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 13.36 | 13,506.64 |
| 09/11/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 14.34 | 13,492.30 |
| 10/03/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 13.87 | 13,478.43 |
| 11/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 14.31 | 13,464.12 |
| 12/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 13.83 | 13,450.29 |
| 12/16/13 | 001003 | Gloria Longest | Payment to accountant per court order | 3410-000 | | 500.00 | 12,950.29 |
| 12/16/13 | 001004 | Internal Revenue Service | Payment of due due to IRS tax retur | 2810-000 | | 593.00 | 12,357.29 |
| 03/17/14 | 001005 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,850.00 | 9,507.29 |
| 03/17/14 | 001006 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Expenses | 2200-000 | | 36.80 | 9,470.49 |
| 03/17/14 | 001007 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 37.82244% | 7100-000 | | 734.89 | 8,735.60 |
| 03/17/14 | 001008 | Joliet Cntr. Clinical Research c/o Collection Professionals Inc. | Claim 000002, Payment 37.82222% | 7100-000 | | 458.22 | 8,277.38 |

Page Subtotals        21,000.00        12,722.62

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-05302 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BOYLE, ROBERT J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1104  Checking Account |
| Taxpayer ID No: | *******9720 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/17/14 | 001009 | P.O. Box 416<br>Lasalle, IL 61301<br>Provena St Joseph Medical Center<br>C/O Larry Serene<br>One Dearborn Sq. #429<br>Kankakee, IL 60901 | Claim 000003, Payment 37.82219% | 7100-000 | | 5,362.26 | 2,915.12 |
| 03/17/14 | 001010 | Nicor Gss<br>PO Box 549<br>Aurora IL 60507 | Claim 000004, Payment 37.82064% | 7100-000 | | 77.85 | 2,837.27 |
| 03/17/14 | 001011 | PYOD, LLC ias assigneeof AT&T Mobility<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 37.82329% | 7100-000 | | 161.60 | 2,675.67 |
| 03/17/14 | 001012 | City of Joliet<br>City of Joliet Legal Department<br>150 West Jefferson Street<br>Joliet, Illinois 60432 | Claim 000006, Payment 37.82306% | 7100-000 | | 196.40 | 2,479.27 |
| 03/17/14 | 001013 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE BANK, N.A.<br>PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000007, Payment 37.82206% | 7100-000 | | 2,479.27 | 0.00 |

Page Subtotals       0.00        8,277.38

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-05302 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BOYLE, ROBERT J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1104  Checking Account |
| Taxpayer ID No: | *******9720 | | |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 21,000.00 | 21,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,000.00 | 21,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,000.00 | 21,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********1104 | | 21,000.00 | 21,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 21,000.00 | 21,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*